IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| SYLVESTER JONES,  )  <br> AIS# 196149,  )  <br>  )  <br>   Plaintiff,  )  <br>  )  <br> v.  )  <br>  )  <br> RICHARD ALLEN, *et al.*,  )  <br>  )  <br>   Defendants.  ) | CASE NO. 2:09-CV-597-ID <br> (WO) |

# **O R D E R**

After an independent review of the file, it is hereby CONSIDERED and ORDERED that:

1. The plaintiff's objection (Doc. # 54) to the Recommendation of the Magistrate Judge, filed on August 26, 2009, is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #46), filed on August 17, 2009, is ADOPTED;

3. The Motion for Preliminary Injunction (Doc. ## 1,7), filed on June 24, 2009, is DENIED.

4. This case is REFERRED back to the magistrate judge for further proceedings.

DONE this 4th day of September, 2009.

　　　　　　　　　　　　　　　　　　/s/ Ira DeMent
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE