IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SYLVESTER JONES, #196149,       )
                                )
            Plaintiff,          )
                                )
      v.                        )          CIVIL ACTION NO. 2:09cv597-ID
                                )
RICHARD ALLEN, et al.,          )
                                )
            Defendants.         )

## ORDER AND OPINION

On September 8, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 64).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1.   The plaintiff's motion to dismiss is GRANTED.

2.   The plaintiff's claims against Anthony Jackson, Sandra Cooper, Tasha Johnson, Lloyd Hicks, Michael McCraney and Jerome Burney are DISMISSED with prejudice.

3.   Anthony Jackson, Sandra Cooper, Tasha Johnson, Lloyd Hicks, Michael McCraney and Jerome Burney are DISMISSED as parties to this cause of action.

4.      This case, with respect to the plaintiff's claims against the remaining

defendants, is referred back to the undersigned for additional proceedings.

Done this the 28th  day of September, 2009.


/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE