IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SYLVESTER JONES,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:09cv597-MHT
                              )          (WO)
RICHARD ALLEN, et al.,        )
                              )
    Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging the destruction of an item of personal mail sent to him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that certain defendants' motions for summary judgment should be granted and that another defendant be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of September, 2012.


                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**