IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SYLVESTER JONES,              )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )         2:09cv597-MHT
                              )              (WO)
RICHARD ALLEN, et al.,        )
                              )
    Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 93) is adopted.

(2) Defendant LaShandra Johnson is dismissed without prejudice.

(3) Defendants Richard Allen, Sandra Giles, Kenneth Jones, Renee Mason, Sylvester Nettles, Timothy Scott, Cedric Specks and Gwendolyn Babers's

motions for summary judgment (Doc. Nos. 35, 65, & 66) are granted.

(4) Judgment is entered in favor of defendants Allen, Giles, Jones, Mason, Nettles, Scott, Specks, and Babers, and against plaintiff Sylvester Jones, with plaintiff Jones taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Jones, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of September, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE